■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSE

AGUILAR, Appellant, v WALTER J. KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Appeal unanimously dismissed. Memorandum: No appeal lies from a decision of a court *(People ex rel. Breedan v Zelker,* 41 AD2d 669; *Haftel v Appleton,* 21 AD2d 651), or from the denial of an application for an order to show cause *(Matter of Bates v La Vallee,* 33 AD2d 833). (Appeal from judgment of Supreme Court, Wyoming County, Newman, J.—habeas corpus.) Present—Dillon, P. J., Callahan, Boomer, Balio and Lawton, JJ.